# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## INFORMAL BRIEF FOR HABEAS AND SECTION 2255 CASES

**No.** 15-6099,    US v. Lamar Lee
4:12-cr-00105-RBS-LRL-1, 4:14-cv-00148-RBS

### 1. Jurisdiction
A. Name of court from which you are appealing: United States District Court for the Eastern District of Virginia Newport News Division
B. Date(s) of order or orders you are appealing: MEMORANDUM FINAL ORDER Filed January 7, 2015 ORDer declining to issue a certificate of appealability Filed January 27, 2015

### 2. Timeliness of notice of appeal (for prisoners)
Exact date on which notice of appeal was placed in institution's internal mailing system for mailing to District Court: January 9, 2015

### 3. Certificate of Appealability
Did the district court grant a certificate of appealability?  Yes [ ] No [✓]
If Yes, do you want the Court of Appeals to review additional issues that were not certified for review by the district court?  Yes [ ] No [✓]
If Yes, **you must** list below the issues you wish to add to the certificate of appealability issued by the district court. If you do not list additional issues, the Court will limit its review to those issues on which the district court granted the certificate.

*RECEIVED 2015 FEB 24 AM 10:16 U.S. COURT OF APPEALS FOURTH CIRCUIT*

### 4. Issues on Appeal
Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider on appeal. You must include any issue you wish the Court to consider, regardless of whether the district court granted a certificate of appealability as to that issue. You may cite case law, but citations are not required.

**Issue 1.** Counsel for Petitioner rendered ineffective assistance for failing to challenge Petitioner's career offender status under the modified categorical approach

**Supporting Facts and Argument.**
(see Attached Memorandum of Law)

**Issue 2.**

**Supporting Facts and Argument.**

**Issue 3.**

**Supporting Facts and Argument.**

**Issue 4.**

**Supporting Facts and Argument**

5 . **Relief Requested**
**Identify the precise action you want the Court of Appeals to take:**
Remand for resentencing without the Career Offender enhancement

6 . **Prior appeals (for appellants/petitioners only)**
A. Have you filed other cases in this Court? Yes [ ] No [✓]
B. If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each?

*Lamar Richard Lee*
Signature
[Notarization Not Required]

Lamar Richard Lee
[Please Print Your Name Here]

### CERTIFICATE OF SERVICE
************************

I certify that on Feb. 16, 2015 I served a copy of this Informal Brief on all parties, addressed as shown below:

*Lamar Richard Lee*
Signature

---
**NO STAPLES, TAPE OR BINDING PLEASE**
---

Lamar Richard Lee  # 51171-053
United States Penitentiary Hazelton
P.O. Box 2000
Bruceton Mills, WV
26525-2000



Legal Mail

FEB 24 2015

Clerk   U.S.
U.S. Court of Appeals, Fourth Circuit
U.S. Courthouse Annex, 5th Floor
1100 East Main Street
Richmond, VA
23219