FILED: January 14, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-6099
(4:12-cr-00105-RBS-LRL-1)
(4:14-cv-00148-RBS)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

LAMAR RICHARD LEE

  Defendant - Appellant

_____

C O R R E C T E D   O R D E R
_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 1/19/16.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk